UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANESH GUPTA,**

       **Plaintiff,**

v.                                                               **Case No:  6:13-cv-1027-Orl-36KRS**

**UNITED STATES ATTORNEY
GENERAL, SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY, DIRECTOR,
CITIZENSHIP AND IMMIGRATION
SERVICES, UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE, FIELD OFFICE DIRECTOR,
ORLANDO, USCIS and FIELD OFFICE
DIRECTOR, CHICAGO, USCIS,**

       **Defendants.**

_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on April 3, 2014 (Doc. 33).  In the Report and Recommendation, Judge Spaulding recommends that the Court deny Defendants' Motion to Dismiss (Doc. 16).  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

       **ORDERED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 33) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendants' Motion to Dismiss (Doc. 16) is **DENIED.**

**DONE AND ORDERED** at Orlando, Florida on April 22, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Karla R. Spaulding
Counsel of Record